**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
101 Eisenhower Parkway, STE 412
Roseland, New Jersey 07068
Tel: (973) 287-5006
Fax: (973) 226-4104

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COMMUNICATIONS, INC.<br><br>      Debtor. | Chapter 11 (Sub-Chapter V)<br><br>Case No. 22-_____ (\_\_\_) |

**DECLARATION OF LARRY MILLER
REGARDING FINANCIAL STATEMENTS**

1. I, Larry Miller, am the President of the above-captioned debtor and debtor-in-possession (the "***Debtor***"). This declaration (the "***Declaration***"), is being made pursuant to 11 U.S.C. § 1116(1), under penalty of perjury.

2. The Debtor, both historically and currently, has not and does not prepare a statement of operations or cash-flow statement.

3. The only financial documents that it has, both historically and currently, prepared is a balance sheet and tax return, which have been filed on the docket concurrently herewith.

Under penalty of perjury, I affirm that the facts set forth herein are accurate to the best of my knowledge.

Dated: April 4, 2022

*/s/ Larry Miller*
Larry Miller