UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:                                                      Case No. 22-10425 (MG)
                                                            Chapter 11
CORINTHINIAN COMMUNICATIONS, INC.


-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that ROSE AND ROSE hereby appears in this case as counsel for 500 Eighth Avenue Limited Liability Company and creditor and party in interest and hereby requests that, pursuant to Sections 102(1), 342 and 1109(b) of Title 11 of the United States Code and Rules 2002, 3017 9007 and 9010 of the Federal Rules of Bankruptcy Procedure that copies of any and all notices given or required to be given in this case and that all papers served or required to be served in this case be given and served upon the undersigned attorneys at the address listed below.

PLEASE take further notice that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, electronically or otherwise, which affect or seek to affect or seek to affect in any way any rights or interests of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after de novo review by a District Judge or the right to trial by jury in any proceeding related to this case, the right to have the reference withdrawn by the United States

-1-

District Court in any matter subject to mandatory or discretionary withdrawal or any rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that ROSE AND ROSE be added to any mailing matrix and to any official service list for notices of all contested matters, adversary proceedings or other proceedings, in this case.

Dated: New York, New York
April 5, 2022

_____
Dean Dreiblatt
Yours, etc.,

ROSE & ROSE
Attorneys for 500 Eighth Avenue LLC
291 Broadway, 13th floor
New York, New York 10007
212 349-3366
ddreiblatt@roseandroselaw.com