**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel. (973) 287-5006
Fax  (973) 226-4104

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COMMUNICATIONS, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-10425 (MG) |

## DEBTOR'S SUBCHAPTER V STATUS REPORT

The above-captioned debtor and debtor-in-possession, Corinthian Communications, Inc. (the "***Debtor***"), by and through its undersigned proposed counsel, hereby files this Subchapter V Status Report (the "***Report***") and respectfully states as follows:

## STATUS

1.  On April 4, 2022 (the "***Petition Date***"), the Debtor filed a voluntary petition for bankruptcy relief under subchapter V of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

2.  The Debtor is authorized to continue to operate its business and manage its affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.	Aside from the Subchapter V Trustee, which was appointed shortly after the Petition Date, no trustee, examiner, or statutory committee of creditors has been appointed in this chapter 11 case.

4.	Since the Petition Date, the Debtor filed its schedules and statement of financial affairs, met with the Office of United States Trustee in an initial debtor interview.  Additionally, the Debtor filed a motion to reject a lease (the "***Rejection Motion***").

5.	 With regard to the Debtor's efforts to obtain a consensual plan in this case, counsel to the Debtor reached out several times to landlord's counsel which filed a notice of appearance on the docket (Rose and Rose) to discuss the matter.  Unfortunately, the parties never connected.

6.	At the same time that Debtor's counsel was discussing the Debtor's Rejection Motion with another law firm (Morrison Cohen) – which did not at that juncture have a notice of appearance in the case.  Following Morrison Cohen's filing of its notice of appearance on behalf of the landlord on April 28, 2022, Debtor's counsel ceased its attempts to discuss the matter with the Rose and Rose law firm and immediately requested that a call be set up with Morrison Cohen, Debtor's counsel and the Sub V trustee.  Such call occurred on April 29, 2022.

7.	During the call, the parties discussed some of the issues in the case.  At the end of the call, the parties committed to continue discussions regarding the case.  Whether those discussions will ultimately result in a consensual plan is unclear.  To the extent that a consensual plan is not achieved, the Debtor may propose a cram-down plan for consideration to the Court.

8.	 On May 5, 2022, the Office of the United States Trustee held a meeting of creditors under § 341 of the Bankruptcy Code.  Landlord's counsel was present at the hearing and questioned the Debtor's principal.  The 341 meeting was continued until May 19, 2022.

9. On May 6, 2022, Debtor's counsel consented to a request by landlord's counsel to adjourn the hearing scheduled for May 10, 2022, for an additional week.

## **COMPLIANCE WITH ITS DUTIES AS A DEBTOR-IN-POSSESSION**

10. Pursuant to § 1184, the Debtor has performed and continues to perform its duties as a debtor-in-possession.

11. Pursuant to § 1187, the Debtor believes it is in substantial compliance with § 1116.

DATED: May 6, 2022

**A.Y. STRAUSS LLC**

By: _____/s/ Eric H. Horn_____
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel. (973) 287-5006
Fax (973) 226-4104

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*