

# Loan Application

## BUSINESS INFORMATION

### CORINTHIAN COMMUNICATIONS INC.

#### Required Business Information

| | | | |
|---|---|---|---|
| Business Name: | Corinthian Communications Inc. | DBA: | |
| Industry Code: | 541830 - Media Buying Agencies | Business Type: | S-Corp |
| Tax ID: | 132798313 | The Entered Tax ID is an SSN: | No |

#### Business Address Information

| | | | |
|---|---|---|---|
| Address 1: | 500 8th Avenue | Address 2: | 5th Floor |
| City: | New York | State: | NY |
| Zip Code: | 10018 | | |

#### Primary Contact Information

| | | | |
|---|---|---|---|
| Contact First Name: | Charlotte | Contact Last Name: | Pelcman |
| Business Phone Number: | (917) 734-4724 | Email Address: | charlottep@mediabuying.com |

#### Background of Business

| | | | |
|---|---|---|---|
| Number of Employees: | 36 | Applicant Size Standard: | No more than 500 employees (or 300 employees, if applicable) |
| Date Business Established: | 12/05/1974 | | |

#### Franchise Information

| | | | |
|---|---|---|---|
| Is your business a Franchise corporation? | No | Is the Applicant a franchise that is listed in the SBA's Franchise Directory: | No |
| Franchise Code: | | | |

#### Questions

Is the applicant business an eligible entity type? Yes
Does the applicant meet the number of employee limitations set forth by the SBA? Yes
Is the Business or any owner presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy?
No
Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is (a) currently delinquent, or (b) has defaulted in the last 7 years and caused a loss to the government?
No
Is the Applicant or any owner of the Applicant an owner of any other business, or have common management (including a management agreement) with any other business? If yes, list all such businesses (including their TINs if available) and describe the relationship on a separate sheet identified as addendum A.:
No
Comments for Addendum A:
Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B.:

Comments for Addendum B:
Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant presently incarcerated or, for any felony, presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?
No
Within the last 5 years, for any felony involving fraud, bribery, embezzlement, or a false statement in a loan application or an application for federal financial assistance, or within the last year, for any other felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; or 4) been placed on any form of parole or probation (including probation before judgment)?
No
Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above?
Yes

#### Beneficial Ownership

**Miller, Larry**

| | | | |
|---|---|---|---|
| Role: | Beneficial Owner | Date Updated: | 02/09/2021 |
| Percent Ownership: | 100.00% | | |

## PERSONAL INFORMATION

### LARRY MILLER

#### Required Information

| | | | |
|---|---|---|---|
| First Name: | Larry | Last Name: | Miller |
| Social Security Number: | ▮▮▮▮ | Birth Date: | 08/15/1946 |
| Job Title: | Owner & President | | |

#### Contact Information

| | | | |
|---|---|---|---|
| Contact Phone Number: | 9178483800 | Email Address: | lmiller@mediabuying.com |
| Address 1: | ▮▮▮▮ | Address 2: | ▮▮▮▮ |
| City: | ▮▮▮▮ | State: | |
| Zip Code: | ▮▮▮▮ | | |

#### Demographic Information (Optional)

| | | | |
|---|---|---|---|
| Gender: | | Race: | Not Disclosed |
| Ethnicity: | | Veteran: | |

## LOAN INFORMATION

### ONLINE LOAN #1073

| | | | |
|---|---|---|---|
| Average Monthly Payroll: | $179,732.68 | Maximum Eligible Loan Amount (estimate): | $449,331.70 |

#### Required Information

Has this applicant previously received a First Draw PPP Loan? Yes

| | | | |
|---|---|---|---|
| Requested Loan Amount: | $449,331.70 | Product: | Paycheck Protection Program |

#### Use of Proceeds

| | | | |
|---|---|---|---|
| Payroll Costs? | Yes | Rent / Mortgage Interest Payments? | Yes |
| Utility Payments? | Yes | Covered Operations Expenses? | Yes |
| Covered Property Damage? | No | Covered Supplier Costs? | No |
| Covered Worker Protection Expenditures? | No | Other? | No |

Explain why you selected Other for Use Of Proceeds:

#### Relationship Information

| | | | |
|---|---|---|---|
| Borrower: | Corinthian Communications Inc. | Authorized Signer: | Larry Miller |

#### Declaration of Economic Hardship

Comments:

#### Second Draw Information

| | | | |
|---|---|---|---|
| First Draw SBA Loan Number: | ▮▮▮▮ | First Draw SBA Loan Amount: | $448,985.00 |
| Reference Quarter: | 3Q 2019 | Reference Quarter Gross Receipts: | $15,772,851.61 |
| 2020 Quarter: | 3Q 2020 | 2020 Quarter Gross Receipts: | $11,059,673.38 |
| | | Revenue Reduction: | 29.88% |

## CONTACT INFORMATION

| | | | |
|---|---|---|---|
| First Name: | Michael | Last Name: | Block |
| Email: | mblock@blockandblockcpa.com | Phone: | (212) 564-4682 |
| Contact Relates To Company: | 75071782 | Role: | Accountant |
| Comments: | | | |

## Terms and Conditions

**By clicking the "I agree to all terms and conditions" check box, I/we consent to receiving the below disclosures related to this loan application electronically and acknowledge that I/we have read and understand these disclosures.**

You may retain a copy of the disclosures by printing them or by saving them to a file on your personal computer.

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to: Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.  **PLEASE DO NOT SEND FORMS TO THESE ADDRESSES.**

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit, or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 U.S.C. Section 636(a)(1)(B) of the Small Business Act.

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement, or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Program using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – This law provides, with some exceptions, that SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that is generally released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers, the amount of the loan, and the type of the loan. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined and required to abate the hazards in their workplaces. They may also be ordered to cease operations posing an imminent danger of death or serious injury until employees can be protected. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549 (2 C.F.R. Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

## APPLICATION SIGNATURES

**Borrower:**
Corinthian Communications Inc.
 Signature: _____
 Title: _____
 Date: _____