
**CFSB**
COMMUNITY FEDERAL
SAVINGS BANK

89-16 Jamaica Avenue
Woodhaven, New York 11421
Tel: (718) 847-6333
Fax: (718) 847-6444

November 29, 2021

CORINTHIAN COMMUNICATIONS INC.
LARRY MILLER
500 8TH AVENUE
5TH FLOOR
NEW YORK NY 10018

## NOTICE OF PAYCHECK PROTECTION PROGRAM FORGIVENESS PAYMENT

| | |
|---|---|
| Borrower: | Corinthian Communications Inc. |
| Lender of Record: | Community Federal Savings Bank |
| CSFB Loan Number: | ███ |
| SBA Loan Number: | ███ |
| Loan Approval Date: | 3/9/2021 |
| Loan Disbursement Amount: | $ 449,331.69 |

| | | |
|---|---|---|
| Amount of Forgiveness Requested by Lender: | $ 449,331.69 | |
| Forgiveness Amount Remitted: | $ 449,331.69 in principal and | $3,232.69 in interest |
| Forgiveness Payment Date: | 11/23/2021 | |
| Reconciliation Payment Date: | 11/29/2021 | |

Dear borrower,

This letter is to inform you that the above referenced Paycheck Protection Program loan was process with full forgiveness effective November 29, 2021

Should you have any questions, please do not hesitate to contact me at 646-929-8150.

Sincerely,

*Andrea Sarwan*
Andrea Sarwan
VP & Loan Servicing Manager