

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

---

*201 Varick Street*    *Phone:(212) 510-0500*
*Suite 1006*    *Fax:    (212) 668-2255*
*New York, New York 10014*

June 24, 2022

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

<u>**Re: In re Corinthian Communications Inc., Case No. 22-10425 (MG)**</u>

Dear Honorable Judge Glenn:

My Office has communicated with Eric Horn, Esq. and Heike Vogel, Esq., counsel to the above-mentioned Debtor, regarding the United States Trustee's Motion to Remove the Debtor as Debtor In Possession Pursuant to 11 U.S.C. § 1185(a) (ECF No. 37) (the "Motion") and neither my Office nor Debtor's counsel believe an evidentiary hearing is necessary for the Court to rule on the Motion.

Debtor's counsel, however, did discuss that they anticipate submitting declarations in support of their Opposition to the Motion. The Opposition is scheduled to be filed on or before next Thursday, June 30, 2022. Counsel to the United States Trustee reserves the right to seek an evidentiary hearing after reviewing the Opposition with our client. To the extent that becomes necessary, my Office will contact Chambers and Debtor's counsel as soon as possible. Debtor's counsel also reserves all rights to an evidentiary hearing.

Respectfully,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

 */s/ Susan A. Arbeit*
Susan A. Arbeit
Richard Morrissey
Trial Attorneys

cc: Eric Horn, Esq. and Heike Vogel, Esq., Counsel for the Debtor