Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
800 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com
      dsaponara@kudmanlaw.com

*Counsel for Larry Miller*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COMMUNICATIONS, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-10425 (MG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Kudman Trachten Aloe Posner LLP hereby appears in this case as attorneys for Larry Miller ("Miller") and, pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, demands that all notices in the case and all papers served or filed be given to and served upon the undersigned at the following address:

> KUDMAN TRACHTEN ALOE POSNER LLP
> 800 Third Avenue, 11th Floor
> New York, New York 10022
> Tel: (212) 868-1010
> Fax: (212) 868-0013
> Attn:   Paul H. Aloe (paloe@kudmanlaw.com)
>            David N. Saponara (dsaponara@kudmanlaw.com)

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules specified above and all orders, applications, motions, pleadings, requests, complaints, and other documents filed in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by Miller or (b) a waiver Miller's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in this cases or in any cases, controversies, or proceedings related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Miller is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      June 30, 2022

By: _____
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
800 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com
       dsaponara@kudmanlaw.com

*Counsel for Larry Miller*