**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CORINTHIAN COMMUNICATIONS, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-10425 (MG) |

### ORDER EXPANDING THE SUBCHAPTER V TRUSTEE'S DUTIES PURSUANT TO 11 U.S.C. § 1183(b)(2) OF THE BANKRUPTCY CODE

**UPON** the motion ("Motion," ECF Doc. # 37) of William K. Harrington, the United States Trustee for Region 2 (the "U.S. Trustee") for an order removing the debtor, Corinthian Communications, Inc. (the "Debtor"), as the debtor in possession pursuant to 11 U.S.C. § 1185(a); and upon consideration of the declaration in support of the Motion by Eric Huebscher, the subchapter V trustee (the "Subchapter V Trustee"), Eighth Avenue LLC's joinder to the Motion (ECF Doc. # 44), the Debtor's opposition to the Motion (ECF Doc. # 47), the Subchapter V Trustee's status report dated July 18, 2022 (ECF Doc. # 62), the U.S. Trustee's supplemental brief in further support of the Motion (ECF Doc. # 63), and the Debtor's supplemental brief in further opposition to the Motion (ECF Doc. # 60); and the court having held hearings on the Motion on July 7, 2022 and July 21, 2022 ("July 21 Hearing"); it is hereby

**ORDERED** that for the reasons stated on the record at the July 21 Hearing, the Subchapter V Trustee' duties in the Debtor's bankruptcy case are expanded pursuant to 11 U.S.C. § 1183(b)(2). The Subchapter V Trustee is directed to investigate the Debtor and file a report pursuant to 11 U.S.C. §§ 1106(a)(3) & (4) on or before **August 8, 2022 at 12:00 p.m. (ET)**;

**ORDERED** that the hearing on the Motion is further continued to **August 9, 2022 at 10 a.m. (ET)** and will be conducted via Zoom for Government.[1] The U.S. Trustee shall file a status report on or before **August 8, 2022 at 12:00 p.m. (ET)**.

**IT IS SO ORDERED.**

Dated: July 22, 2022
       New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                                    Chief United States Bankruptcy Judge

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.