```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                    Chapter 11

Corinthian Communications Inc.,                          Case No. 22-10425 (MG)

                        Debtor.

-------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the hearing on the *United States Trustee's Motion to Remove the Debtor as Debtor in Possession Pursuant to 11 U.S.C. § 1185(a)* [ECF No. 37], previously scheduled for August 9, 2022 at 10:00 a.m. (ET), has been adjourned to August 16, 2022 at 10:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE, that the hearing shall take place virtually using Zoom for Government. If you wish to appear at the hearing, you must register your appearance utilizing the Electronic Appearance portal (https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl) located on the Court's website. Should you wish to appear at the Hearing, whether making a "live" or "listen only" appearance, you are required to register your appearance no later than 4:00 p.m (ET) the business day before the Hearing. Only parties that are timely registered will receive an email provided through eCourtAppearances with invitations to participate in the Hearing.

Dated: New York, New York
      August 2, 2022

                                  WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE
                                  FOR REGION 2

                By:     */s/ Susan A. Arbeit*
                         Susan A. Arbeit
                         Trial Attorney
                         201 Varick Street, Suite 1006
                         New York, NY 10014
                         Tel No. (212) 510 0500