**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
                                                           :
In re                                          :          Chapter 11
                                                           :
CORINTHIAN COMMUNICATIONS INC.,  :
                                                           :          Case No. 22-10425 (MG)
                                                           :
                          Debtor.     :
---------------------------------------------------------X

## ORDER REMOVING THE DEBTOR AS DEBTOR IN POSSESSION
## PURSUANT TO 11 U.S.C. § 1185(a)

Based upon the Motion of the United States Trustee for the Entry of an Order Removing the Debtor as Debtor In Possession Pursuant to 11 U.S.C. § 1185, dated June 15, 2022 (ECF Doc. # 37) (the "Motion"), the Declaration of Eric Huebscher filed in Support of the Motion and the exhibits attached thereto, the Debtor's Opposition to the Motion (ECF Doc. # 47), the Debtor's Supplemental Opposition Brief Regarding the Motion (ECF Doc. # 60), the Subchapter V Trustee's First Status Report (ECF Doc. # 62), the Supplemental Memorandum of Law in Further Support of the Motion (ECF Doc. # 63), the Subchapter V Trustee's Supplemental Status Report (ECF Doc. # 72), the United States Trustee's Status Report (ECF Doc. # 72), the Letter from Debtor Addressing Subchapter V Trustee's Supplemental Status Report (ECF Doc. # 74), the record of the hearings held before this Court on July 7, 2022, July 21, 2022, and August 16, 2022, and after due deliberation and sufficient cause existing for the relief requested, it is hereby

**ORDERED** that the Motion is granted under 11 U.S.C. § 1185(a); and it is further

**ORDERED** that pursuant to 11 U.S.C. § 1183(b)(5), Eric Huebscher, as Subchapter V Trustee, shall perform the duties specified in 11 U.S.C. §§ 704(a)(8) and 1106(a)(1),(2), and (6), including operating the business of the Debtor.

**IT IS SO ORDERED.**

Dated: August 16, 2022
       New York, New York

                                          **/s/ Martin Glenn**
                                            MARTIN GLENN
                                    Chief United States Bankruptcy Judge