

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Stephanie Wickouski
Direct Telephone: 212-912-2822
Direct Fax: 212-812-8366
swickouski@lockelord.com

September 16, 2022

**VIA ECF AND EMAIL**

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

### Re: In re Corinthian Communications Inc., Case No. 22-10425 (MG)

Dear Judge Glenn:

I am writing on behalf of Eric M. Huebscher in his capacity as trustee (the "Trustee") in the above referenced case. Pursuant to the Court's *Order Removing the Debtor as Debtor in Possession* [ECF # 75] (the "Removal Order"), the Trustee has taken over the duties specified in 11 U.S.C. §§ 704(a)(8) and 110(a)(1), (2), and (6), including operating the business of the Debtor.

In accordance with his duties under the Removal Order, the Trustee wishes to provide a report to the Court as to the status of the case, including the status of the Trustee's efforts with respect to the administration and operation of the Debtor's business; negotiations with the Debtor's principal and creditors in furtherance of a confirmable plan of reorganization; and matters pertaining to the pursuit of claims against the estate. Accordingly, the Trustee respectfully requests this Court set a status conference in order to provide a report on the current status of the case.

We appreciate the Court's consideration in this matter.

                                                          Respectfully submitted,

                                                          Stephanie Wickouski

cc:    Eric Huebscher
        Susan Arbeit, Esq.
        David Kozlowski, Esq.
        Heike M. Vogel, Esq.
        Paul Aloe, Esq.

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach