**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| CORINTHIAN COMMUNICATIONS, INC., | Case No. 22-10425 (MG) |
| Reorganized Debtor. | |

**ORDER CLOSING THE REORGANIZED DEBTOR'S CHAPTER 11 CASE PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1**

Upon the application, dated and filed on February 27, 2023 at Docket No. 127 (the "***Application***"), of Corinthian Communications, Inc. (the "***Reorganized Debtor***"), for the entry of an order closing the Reorganized Debtor's Chapter 11 case (the "***Case***") pursuant to Sections 105(a) and 350 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "***Bankruptcy Code***"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 3022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "***Local Rules***"); and it appearing that due and sufficient notice of the Application and the opportunity for a hearing thereon was provided; and there being no opposition to the requested relief; and the Court, after due deliberation, finding good and sufficient cause for granting the relief requested in the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, 1408 and 1409; it is hereby **ORDERED** that:

1. The Application is granted.

2. The Case is hereby closed and a final decree pursuant to sections 105(a) and 350(a) of the Bankruptcy Code (the "***Final Decree***") is granted.

3. The closure of the Case shall not alter or modify the terms of the *Debtor's Second Modified Plan of Reorganization (Subchapter V) [Dkt. No. 95]* (the "**Plan**"), the order of this Court confirming the Plan, entered December 19, 2022 [Docket No. 115] (the "**Confirmation Order**"), any supplement, exhibit, appendix or schedule to the Plan, or any other contract, instrument, release or other agreement executed or created pursuant to the Plan.

4. Entry of this Order is without prejudice to the rights of the Reorganized Debtor or any other party in interest to seek to reopen the Case for cause.

5. This Court shall retain jurisdiction to hear and determine any matters or disputes arising in or related to the Case.

**IT IS SO ORDERED.**

Dated: March 20, 2023
      New York, New York

                                       **/s/ Martin Glenn**
                                        MARTIN GLENN
                                    Chief United States Bankruptcy Judge